1  **MARK W. COLEMAN #117306**
**NUTTALL COLEMAN & WILSON**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
AUGUSTINE REYNA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-F-10-00173-AWI-3 |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING** |
| AUGUSTINE REYNA, et al. | **AND** |
| Defendant. | **O R D E R** |
| | DATE: **February 27, 2012** |
| | TIME: 11:00 |
| | DEPT: 2 |

**IT IS HEREBY STIPULATED** and agreed by and between attorneys for the respective clients that the Sentencing hearing currently on calendar for January 23, 2012, at 9:00 a.m., be continued to February 27, 2012, at 9:00 a.m., or as soon thereafter as is convenient to the court's calendar.

**IT IS FURTHER STIPULATED** that the deadlines for filing informal and formal objections to the Pre-Sentence Investigation Report be scheduled as follows:

Informal Objections to be served on or before February 3, 2012

Formal Objections to be filed on or before February 17, 2012

This continuance is requested by counsel for Defendant, AUGUSTINE REYNA, due to the fact that counsel needs additional time to file informal and formal objections to the Pre-sentence Investigation Report.

///

1     Counsel needs additional time to file objections to the report due to the fact that he has not had a chance to meet with Defendant, AUGUSTINE REYNA, to review the report. Mr. Reyna is housed in Lerdo and the first available date to have him brought up to Fresno was January 11, 2011. Unfortunately, counsel is scheduled to be out of the office that day, and will not be able to meet with Defendant until January 18, 2011.

    Counsel for Defendant has spoken with Assistant U. S. Attorney, KAREN ESCOBAR, who has no objection to this continuance.

DATED: January 5, 2012.    NUTTALL COLEMAN & WILSON

    /s/ Mark W. Coleman

    _____
    MARK W. COLEMAN
    Attorneys for Defendant

DATED: January 5, 2012.    UNITED STATES ATTORNEYS OFFICE

    /s/ Karen Escobar

    _____
    KAREN ESCOBAR

\* \* \* \* \* \* \*

**O R D E R**

IT IS SO ORDERED.

Dated:    January 5, 2012                     _____
                                             CHIEF UNITED STATES DISTRICT JUDGE