BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. Cr 1:10-cr-00173 AWI-BAM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION REGARDING NEW TIME SETTING; ORDER |
| EDWAN DABLAN and KHAMAL DABLAN, | |
| Defendants. | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on Monday, January 28, 2013, at 1:00 p.m.

2. By this stipulation, the parties request that the matter be set for a change of plea on the same day at 10 a.m.

////

////

////

1

IT IS SO STIPULATED.

DATED: January 24, 2013. Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: January 24, 2013.

/s/ Anthony Capozzi
ANTHONY CAPOZZI
Counsel for Defendants Edwan and Khamal Dablan

**O R D E R**

IT IS SO ORDERED.

Dated: January 24, 2013

SENIOR DISTRICT JUDGE