BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
KAREN A. ESCOBAR
Assistant U.S. Attorneys
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for
 The United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 1:10-CR-00173-AWI |
| Plaintiff, | ) PRELIMINARY ORDER OF FORFEITURE |
| v. | ) |
| EDWAN DABLAN, and KHAMAL DABLAN, | ) |
| Defendants. | ) |

Based upon the plea agreement and the stipulation and application for preliminary order of forfeiture entered into between United States of America and defendants Edwan Dablan and Khamal Dablan, and based upon the Waiver, Consent and Stipulation, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 982(a)(1) and 21 U.S.C. § 853(a) and (b), defendants Edwan Dablan's and Khamal Dablan's interests in the following property listed below under items a. through p. shall be condemned and forfeited to the United States of America, and those items listed in paragraphs q. through gg. shall be destroyed or otherwise disposed of according to law, with the exception of any stolen items, that shall be returned to their rightful owner, if able

Preliminary Order of Forfeiture

1

to locate through review of law enforcement databases:

      a.    Approximately $7,562.00 in U.S. Currency;

      b.    All proceeds from the interlocutory sale[1/] of the seized 1965 Ford Mustang, VIN: 5R07A128707;

      c.    All proceeds from the interlocutory sale of the seized 2008 Chevrolet Malibu, VIN: 1G1ZG57B88F193345;

      d.    All proceeds from the interlocutory sale of the seized 2006 Lexus GS300, VIN: JTHBH96S765000098;

      e.    All proceeds from the interlocutory sale of the seized 1962 Chevrolet Impala, VIN: 2186F302848;

      f.    All proceeds from the interlocutory sale of the seized 1976 Harley Davidson Motorcycle, VIN: 9D18597H6;

      g.    All proceeds from the interlocutory sale of the seized 1965 Ford Mustang, VIN: 5R07C177883;

      h.    All proceeds from the interlocutory sale of the seized 2007 Pontiac G6, VIN: 1G2ZH58N974231581;

      i.    All proceeds from the interlocutory sale of the seized 2008 Pontiac G6, VIN: 1G2ZM577184198639;

      j.    All proceeds from the interlocutory sale of the seized 2007 Chevrolet Truck, VIN: 3GCEC13C07G549423;

      k.    A sub *res* in the amount of $30,000.00 in lieu of the real property located at 2421 Carolyn Lane, Kingsburg, California, Fresno County, APN: 394-203-25;

      l.    A sub *res* in the amount of $39,000.00 in lieu of the real property located at 2639 W. Fairmont Avenue #204, Fresno, California, Fresno County, APN: 424-222-24;

      m.    A sub *res* in the amount of $55,000.00 in lieu of the real property located at 4136 N. Thesta Street #5, Fresno, California, Fresno County, APN: 436-350-06;

      n.    A sub *res* in the amount of $100,000.00 in lieu of the real property located at 2131 S. Van Ness Avenue, Fresno, California, Fresno County, APN: 480-132-24-01;

      o.    A sub *res* in the amount of $110,000.00 in lieu of the real property located at 1904 Lee Street, Alexandria, Louisiana, Rapides Parish, APN: 24-0389-35143-000101;

      p.    A sub *res* in the amount of $65,000.00 in lieu of the real property located at 1740 Monroe Street, Alexandria, Louisiana, Rapides Parish, APN: 24-039-

---

**1/** The parties stipulated to the interlocutory sale of the seized vehicles in the related civil forfeiture case United States v. Approximately $7,562.00 in U.S. Currency, et al., 1:11-CV-01110-AWI-SKO. The interlocutory sale affected the vehicles listed in items (b) through (j), and are now the substitute res.

35186-000202;

q. Smith & Wesson, Model 37, .38 Special caliber revolver, initially identified in law enforcement reports with Serial Number J537640, later determined to have Serial Number 33679;

r. Carl Walther, Model P22, .22 Long Rifle caliber pistol, Serial Number L220783 with an ammunition magazine;

s. Taurus, Model 66, .357 Magnum caliber revolver, Serial Number MD762391;

t. Smith & Wesson, Model 442-1, .38 Special caliber revolver, Serial Number CCC6099;

u. Smith & Wesson, Model 60-7, .38 Special caliber revolver, Serial Number BSH3214;

v. Taurus, Model 5822, .357 Magnum caliber revolver, Serial Number SC728361;

w. Taurus, Model 85, .38 Special caliber revolver, Serial Number FH62037;

x. Colt, Model 45 Colt, .45 Colt caliber revolver, Serial Number P09304;

y. Colt, Model Python, .357 Magnum caliber revolver, Serial Number K15091;

z. Dan Wesson, Unknown Model, .44 Magnum caliber revolver, Serial Number SB003506;

aa. Ruger, Model SP101, 9mm Luger caliber revolver, Serial Number 572-33570

bb. Jennings, Model J-22, .22 Long Rifle caliber pistol, Serial Number 484998 with an ammunition magazine;

cc. Taurus, Model 80, .38 Special caliber revolver, Serial Number 770674;

dd. Jennings, Model J-22, .22 Long Rifle caliber pistol, Serial Number 741067 with an ammunition magazine;

ee. Israel Espon Ind Uzi-A Pistol, Serial Number SA11968;

ff. SWD Cobray M-11 Pistol, Serial Number 860015814;

gg. Colt 45 Revolver, Serial Number P09304;

hh. Silencer, black in color, approximately 12 inches x 1-1/4 inches;

ii. Silencer, black in color, approximately 10 inches x 1-1/2 inches; and

jj. Silencer, black in color, approximately 11-1/2 inches x 2 inches.

The sub *res* shall be paid at least seven days prior to sentencing. If the sub *res* of $399,000.00, or any portion thereof,

is not paid seven days prior to sentencing, then Edwan Dablan forfeits all of his right, title, and interest in the real property located at 2421 Carolyn Lane, Kingsburg, California, Fresno County, APN: 394-203-25; 2639 W. Fairmont Avenue #204, Fresno, California, Fresno County, APN: 424-222-24; 4136 N. Thesta Street #5, Fresno, California, Fresno County, APN: 436-350-06; 2131 S. Van Ness Avenue, Fresno, California, Fresno County, APN: 480-132-24-01; 1904 Lee Street, Alexandria, Louisiana, Rapides Parish, APN: 24-0389-35143-000101; and 1740 Monroe Street, Alexandria, Louisiana, Rapides Parish, APN: 24-039-35186-000202, or any property thereof in which the sub res, listed above at paragraphs k. through p. has not been paid.

Defendant Edwan Dablan shall send the $399,000.00 sub res, or any portion thereof, in the form of a cashier's check, payable to the Department of the Treasury, Internal Revenue Service, to the following address: U.S. Attorney's Office, Asset Forfeiture Unit, 2500 Tulare Street, Suite 4401, Fresno, California 93720. Said funds shall be held by the Department of the Treasury, Internal Revenue Service pending further order of the Court.

2. Upon entry of a Final Order of Forfeiture, the following shall be returned to defendant Edwan Dablan, through his attorney of record, Anthony P. Capozzi, 1233 W. Shaw Avenue, Suite 102, Fresno, California 93711, telephone (559) 221-0200:

      kk.  1969 Chevy Truck (non-operating as-is condition), no license plate, VIN: CE149Z825738, and

      ll.  1972 Oldsmobile 442, no license plate, VIN: 3J67K2M211271.

3. The above-listed property constitutes, or were derived from, any proceeds obtained, directly or indirectly, or were used, or

intended to be used, in any manner or part, to commit, or to facilitate the commission of, or were involved in a violation of 18 U.S.C. § 1956, 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 846, or is property traceable to such property.

4. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Marshals Service, and/or the Department of Treasury, Internal Revenue, Service, and/or the Bureau of Alcohol, Tobacco, Firearms and Explosives in their secure custody and control.

5. a. Pursuant to 18 U.S.C. § 982(b)(1), incorporating and including 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all

Preliminary Order of Forfeiture

5

third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 982(a)(1) and 21 U.S.C. § 853, in which all interests will be addressed.

IT IS SO ORDERED.

Dated: April 5, 2013

SENIOR DISTRICT JUDGE

Preliminary Order of Forfeiture

6