1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorneys
3  2500 Tulare Street
   Fresno, California 93721
4  Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:10-CR-00173-AWI |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER OF |
| | ) | FORFEITURE |
| v. | ) | |
| | ) | |
| MANUEL VASQUEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based upon the entry of plea entered by defendant Manuel Vasquez, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), defendant Manuel Vasquez's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. Approximately $7,562.00 in U.S. Currency;
   b. All proceeds from the interlocutory sale[1] of the seized 1965 Ford Mustang, VIN: 5R07A128707;

---

[1] The parties stipulated to the interlocutory sale of the seized vehicles in the related civil forfeiture case United States v. Approximately $7,562.00 in U.S. Currency, et al., 1:11-CV-01110-AWI-SKO. The interlocutory sale affected the vehicles listed in items (b) through (j), and are now the substitute res.

1   Preliminary Order of Forfeiture

c. All proceeds from the interlocutory sale of the seized 2008 Chevrolet Malibu, VIN: 1G1ZG57B88F193345;

d. All proceeds from the interlocutory sale of the seized 2006 Lexus GS300, VIN: JTHBH96S765000098;

e. All proceeds from the interlocutory sale of the seized 1962 Chevrolet Impala, VIN: 2186F302848;

f. All proceeds from the interlocutory sale of the seized 1976 Harley Davidson Motorcycle, VIN: 9D18597H6;

g. All proceeds from the interlocutory sale of the seized 1965 Ford Mustang, VIN: 5R07C177883;

h. All proceeds from the interlocutory sale of the seized 2007 Pontiac G6, VIN: 1G2ZH58N974231581;

i. All proceeds from the interlocutory sale of the seized 2008 Pontiac G6, VIN: 1G2ZM577184198639;

j. All proceeds from the interlocutory sale of the seized 2007 Chevrolet Truck, VIN: 3GCEC13C07G549423;

k. A sub *res* in the amount of $30,000.00 in lieu of the real property located at 2421 Carolyn Lane, Kingsburg, California, Fresno County, APN: 394-203-25;

l. A sub *res* in the amount of $39,000.00 in lieu of the real property located at 2639 W. Fairmont Avenue #204, Fresno, California, Fresno County, APN: 424-222-24;

m. A sub *res* in the amount of $55,000.00 in lieu of the real property located at 4136 N. Thesta Street #5, Fresno, California, Fresno County, APN: 436-350-06;

n. A sub *res* in the amount of $100,000.00 in lieu of the real property located at 2131 S. Van Ness Avenue, Fresno, California, Fresno County, APN: 480-132-24-01;

o. A sub *res* in the amount of $110,000.00 in lieu of the real property located at 1904 Lee Street, Alexandria, Louisiana, Rapides Parish, APN: 24-0389-35143-000101;

p. A sub *res* in the amount of $65,000.00 in lieu of the real property located at 1740 Monroe Street, Alexandria, Louisiana, Rapides Parish, APN: 24-039-35186-000202;

q. Smith & Wesson, Model 37, .38 Special caliber revolver, initially identified in law enforcement reports with Serial Number J537640, later determined to have Serial Number 33679;

r. Carl Walther, Model P22, .22 Long Rifle caliber pistol, Serial Number L220783 with an ammunition magazine;

s. Taurus, Model 66, .357 Magnum caliber revolver, Serial Number MD762391;

t. Smith & Wesson, Model 442-1, .38 Special caliber revolver, Serial Number CCC6099;

u. Smith & Wesson, Model 60-7, .38 Special caliber

      revolver, Serial Number BSH3214;
- v. Taurus, Model 5822, .357 Magnum caliber revolver, Serial Number SC728361;
- w. Taurus, Model 85, .38 Special caliber revolver, Serial Number FH62037;
- x. Colt, Model 45 Colt, .45 Colt caliber revolver, Serial Number P09304;
- y. Colt, Model Python, .357 Magnum caliber revolver, Serial Number K15091;
- z. Dan Wesson, Unknown Model, .44 Magnum caliber revolver, Serial Number SB003506;
- aa. Ruger, Model SP101, 9mm Luger caliber revolver, Serial Number 572-33570
- bb. Jennings, Model J-22, .22 Long Rifle caliber pistol, Serial Number 484998 with an ammunition magazine;
- cc. Taurus, Model 80, .38 Special caliber revolver, Serial Number 770674;
- dd. Jennings, Model J-22, .22 Long Rifle caliber pistol, Serial Number 741067 with an ammunition magazine;
- ee. Israel Easpon Ind Uzi-A Pistol, Serial Number SA11968;
- ff. SWD Cobray M-11 Pistol, Serial Number 860015814;
- gg. Colt 45 Revolver, Serial Number P09304;
- hh. Silencer, black in color, approximately 12 inches x 1-1/4 inches;
- ii. Silencer, black in color, approximately 10 inches x 1-1/2 inches; and
- jj. Silencer, black in color, approximately 11-1/2 inches x 2 inches.

2. The above-listed assets constitute firearms involved in or used in a knowing violation, or in furtherance of a violation of 21 U.S.C. § 841(a)(1), 841(b)(1)(A), 846, and 18 U.S.C. § 922(g)(1) and (2).

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Marshals Service and/or the Bureau of Alcohol, Tobacco, Firearms and Explosives in its secure custody and control.

4. a. Pursuant to 21 U.S.C. § 853(n) and 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site [www.forfeiture.gov](www.forfeiture.gov). The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), in which all interests will be addressed.

IT IS SO ORDERED.

Dated: May 1, 2013

                                              SENIOR DISTRICT JUDGE