```
1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare St., Suite 4401
   Fresno, CA  93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4575
5
   Attorneys for Plaintiff
6  United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. Cr 1:10-cr-00173 AWI-BAM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION REGARDING NEW TIME SETTING; ORDER |
| MANUEL VASQUEZ, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on Monday, May 13, 2013, at 1:00 p.m.

2. By this stipulation, the parties request that the matter be continued for sentencing on May 20, 2013, at 10 a.m.

////

////

////

IT IS SO STIPULATED.

1

| | | | |
|---|---|---|---|
| 1 | DATED: | May 6, 2013. | Respectfully submitted, |
| 2 | | | BENJAMIN B. WAGNER<br>United States Attorney |
| 3 | | | |
| 4 | | | /s/ Karen A. Escobar<br>KAREN A. ESCOBAR |
| 5 | | | Assistant United States Attorney |
| 6 | DATED: | May 6, 2013. | |
| 7 | | | /s/ Carl M. Faller<br>CARL M. FALLER |
| 8 | | | Counsel for Defendant Manuel Vasquez |

**O R D E R**

IT IS SO ORDERED.

Dated: May 6, 2013

_____
SENIOR DISTRICT JUDGE